# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATRINA WILLIAMS, | Civil Action No. 10-192 (SRC) |
| Plaintiff, | |
| v. | **ORDER** |
| FENDI NORTH AMERICA, *et al.*, | |
| Defendants. | |

**CHESLER, U.S.D.J.**

This matter having been brought before this Court on the application by Plaintiff Katrina Williams to proceed <u>in forma pauperis</u> without prepayment of fees, pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiff has submitted an affidavit of indigence demonstrating her eligibility; and good cause appearing,

**IT IS** on this 20th day of January, 2010

**ORDERED** that Plaintiff's application to proceed <u>in forma pauperis</u>, pursuant to 28 U.S.C. § 1915(a), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without prepayment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon defendant, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

s/ Stanley R. Chesler<br>
STANLEY R. CHESLER, U.S.D.J.